AO 245E (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 1


FILED
MAY 24 2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Organizational Defendants) |
| CORNERSTONE MANAGEMENT PROFESSIONALS, INC. | CASE NUMBER: 16CR2872-BTM |

MARCEL STEWART
Defendant Organization's Attorney

THE DEFENDANT ORGANIZATION:
☒ pleaded guilty to count(s) 3 OF THE INDICTMENT
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 USC 1343 | WIRE FRAUD | 3 |

The defendant organization is sentenced as provided in pages 2 through __5__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant organization has been found not guilty on count(s) _____
☒ Count(s) Remaining counts fo the Indictment      is ☐ are ☒ dismissed on the motion of the United States.
☒ Assessment: $400 to be paid forthwith

☒ See fine page     ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

MAY 4, 2018
Date of Imposition of Sentence

*Barry Ted Moskowitz*
HON.
UNITED STATES DISTRICT JUDGE

16CR2872-BTM

DEFENDANT ORGANIZATION: CORNERSTONE MANAGEMENT PROFESSIONALS, INC.
CASE NUMBER: 16CR2872-BTM

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:

FIVE (5) YEARS.

## MANDATORY CONDITION

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

[x] The defendant organization shall not commit another federal, state or local crime.

[x] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: CORNERSTONE MANAGEMENT PROFESSIONALS, INC.
CASE NUMBER: 16CR2872-BTM

# SPECIAL CONDITIONS OF SUPERVISION

Submit, property, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

The Corporation shall provide 2 hours each year of ethics training for fiduciaries to the corporation's employees.

The organization shall notify the court or probation officer immediately upon learning of (A) any material adverse change greater than $10,000.00 in its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization.

Pay a fine in the amount of $25,000.00, after having met all restitution requirements.

Provide complete disclosure of business financial records to the probation officer as requested.

Pay restitution as set forth on page 5 of this Judgment.

The organization shall submit to : (A) a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the court; and (B) interrogation of knowledgeable individuals within the organization.

The defendant shall notify the Collections Unit, United States Attorney's Office within 10 days of obtaining any interest in property, directly or indirectly, valued at $1,000 or more including any interest obtained under any other name, or entity, including a trust, partnership, or corporation until restitution is paid in full. The defendant shall notify the Collections Unit, United States Attorney's Office 10 days before transferring any interest in property valued at $1,000 or more owned directly or indirectly by the Defendant, including any interest held or owned under any other name or entity, including a trust, partnership, and/or corporations.

AO 245S   Judgment in Criminal Case
         Sheet 5 — Criminal Monetary Penalties

DEFENDANT: CORNERSTONE MANAGEMENT PROFESSIONALS, INC.
CASE NUMBER: 16CR2872-BTM

# FINE

The defendant shall pay a fine in the amount of ___$25,000___ unto the United States of America.

Jointly and severally with the Co-Defendant Robert Walsh for the benefit of Park Point Loma HOA.

This sum shall be paid  ___ immediately.
                        _x_ as follows:

After having met all restitution requirements.

The Court has determined that the defendant __does__ have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows:

16CR2872-BTM

AO 245S    Judgment in Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 5

DEFENDANT: CORNERSTONE MANAGEMENT PROFESSIONALS, INC.
CASE NUMBER: **16CR2872-BTM**

# RESTITUTION

The defendant shall pay restitution in the amount of ___$247,413.00___ unto the United States of America.

    Jointly and severally with the Co-Defendant Robert Walsh for the benefit of Park Point Loma HOA.

This sum shall be paid   ___ immediately.
                                      _X_ as follows:

Pay restitution, jointly and severally with ROBERT WALSH, in the amount of $247,413 to Park Point Loma HOA through the Clerk, U. S. District Court. Payment of restitution shall be forthwith. The defendant shall pay the restitution at $25,000.00 in the first year of Probation and thereafter during the period of probation at the rate of $400 per month. These payment schedules may be modified by the Court and do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment.

    The Court has determined that the defendant   does   have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows: